THE PEOPLE ex rel. MILLARD F. SMITH et al., Respondents, *v.* THE BOARD OF ASSESSORS OF THE CITY OF BROOKLYN, Appellant.

(Argued January 29, 1889; decided February 8, 1889.)

. APPEAL from order of the General Term of the Supreme Court in the second judicial department, made June 25, 1888, which affirmed an order of Special Term denying a motion for a resettlement of the judgment herein.

*William T. Gilbert* for appellant.

*H. D. Birdsall* for respondents.

Agree to affirm ; no opinion.'
All concur.
Order affirmed.